## United States Bankruptcy Court, Southern District of New York

```
-----------------------------------------------------------X
In re:                                      :        Chapter 11
Cumulus Media Holdings Inc.,                :        Case No.  17-13382
                        Debtor.             :        Amount $2,346.69
-----------------------------------------------------------X
```

## NOTICE OF CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that **Generator Power Systems Inc.**, a creditor in the cases of the above-captioned debtors ("Debtors"), direct the Debtors, debtor in possession and/or liquidating trustee, and any representatives thereof, including the claims and distribution agent appointed in these cases (collectively, "Debtor Parties"), *to change* its address for the purposes of administring its claim **Schedule # 382003760** as listed on the Debtor's schedules or on proof of claim filed in the cases), and hereby requests that service of any pleading, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

      Generator Power Systems Inc. hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to the claim(s) or any distribution or payment thereon shall be accepted by the Debtors or an Debtor Party without the express written consent of Fair Harbor Capital, LLC.

**Former Address:**

**Generator Power Systems Inc.**
**292 E Mallory Avenue**
**Memphis, TN 38109**

**New Address:**

**Generator Power Systems Inc.**
**c/o Fair Harbor Capital, LLC**
**PO Box 237037**
**New York, NY 10023**

      **I declare that the foregoing is true and correct:**

      **Generator Power Systems Inc.**

      By: *Christy Sandy*
      Print: *Christy Sandy*

Date: 5/17/2018



RECEIVED
MAY 23 2018
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK